IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY LUM, et al.,

        Plaintiffs,                No. CIV S-10-1807 LKK DAD

    v.

COUNTY OF SAN JOAQUIN,        ORDER
et al.,

        Defendants.
_____/

        This matter came before the court on November 18, 2011, for hearing on plaintiffs' motion to compel further responses to plaintiffs' Special Interrogatories (Set One) and to compel further production of documents responsive to plaintiffs' Request for Production of Documents (Set One). Rana Ansari-Jaberi, Esq. and Peter J. Koenig, Esq. appeared for the moving party. Dana Suntag, Esq. appeared for defendants.

        For the reasons stated on the record, plaintiffs' October 12, 2011 motion to compel (Doc. No. 29) is granted in part and denied in part. Defendants shall disclose to plaintiffs the employee training records of defendants Davis, Walters, Pease and Mendoza by close of business on November 21, 2011. The production will be pursuant to the stipulated protective order which the court is entering this date. On or before December 5, 2011, counsel for defendants shall file with the court the declaration regarding the good-faith efforts taken in

1

responding to plaintiff's discovery requests discussed at the November 18, 2011 hearing. Finally, on or before December 5, 2011, counsel for defendants shall submit to the undersigned the October 1, 2009 letter from Sergeant Basalto to File, along with a statement regarding why defense counsel believes that the redacted portion of that document has been withheld as protected by the attorney-client privilege, for in-camera review. In all other respects plaintiffs' motion to compel (Doc. No. 29) is denied without prejudice.

IT IS SO ORDERED.

DATED: November 18, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\lum1807.oah111811.mtc