DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar # 238105)
ZOEY P. MERRILL (State Bar #268331)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905

MATTHEW P. DACEY (State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>  Defendants. | **NO. 2:10-CV-01807-LKK-DAD**<br><br>**STIPULATION AND ORDER INCREASING THE NUMBER OF DEPOSITIONS THE PARTIES MAY CONDUCT**<br><br>**[F.R.C.P. 30(a)(2)]** |

This stipulation and proposed order is entered into between Plaintiffs Jerry Lum and Dorothea Timmons (collectively "Plaintiffs"), on the one hand, and Defendants County of San Joaquin, City of Lathrop, Ray Walters, Steven Pease, Robert Davis, and Felipe Mendoza (collectively "Defendants"), on the other hand.

## RECITALS

A.  Each side requires additional depositions beyond the 10 depositions allowed by FRCP 30(a) to complete its necessary discovery and effectively prepare for trial.

B.  Plaintiffs have conducted nine depositions and have noticed the depositions of six of defendants' expert witnesses. In addition, Defendants disclosed four non-retained experts, and Plaintiffs may wish to conduct their depositions.

C.  Defendants have conducted six depositions and have noticed the depositions of two additional percipient witnesses. In addition, Plaintiffs have disclosed four expert witnesses and four non-retained experts. It is anticipated that Defendants may need to conduct their depositions and Defendants may wish to conduct other percipient depositions.

D.  The parties have agreed that each side may conduct up to 20 depositions.

E.  The parties intend to complete all depositions by the discovery cut-off date of January 31, 2012, and are not requesting an extension of the discovery cut-off date.

## STIPULATION

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that each side may conduct up to 20 depositions.

Dated: December 14, 2011              THE SUNTAG LAW FIRM
                                      A Professional Corporation


                                      By:  /s/ Dana A. Suntag
                                           DANA A. SUNTAG
                                           Attorneys for All Defendants

Dated: December 14, 2011              WALKER, HAMILTON & KOENIG LLP


                                      By:  /s/ Peter J. Koenig
                                           PETER J. KOENIG
                                           Attorneys for All Plaintiffs

## O R D E R

It is so ordered.

Dated: December 14, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\lum1807.stip.depos.ord.doc