DANA A. SUNTAG (State Bar #125127)
ZOEY P. MERRILL (State Bar #268331)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:   (209) 943-0905

MATTHEW P. DACEY (State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>  Defendants. | NO. 2:10-CV-01807-LKK-DAD<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING DETAINEE INFORMATION** |

This stipulated protective order is entered into between Plaintiffs Jerry Lum and Dorothea Timmons, on the one hand, and Defendant County of San Joaquin (the "County"), on the other hand.

RECITALS

A.  On October 12, 2011, Plaintiffs' counsel issued a subpoena (the "Subpoena") to the Custodian of Records of the San Joaquin County Sheriff's Department that requested production of the following:

STIPULATED PROTECTIVE ORDER
REGARDING DETAINEE INFORMATION                1

> Arrest/booking log identifying all arrestees/inmates booked at the San Joaquin County Jail's jail core facility at any time during the period of July 8 to July 9, 2009; All documents (handwritten, typewritten and electronic) referring to said inmates' names, aliases, housing/cell #s while incarcerated at the jail core, last known address and telephone number, date and time of booking and date and time of release.

(Collectively, the "Subpoenaed Information").

    B.    The County objected to the production of the Subpoenaed Information on various grounds.

    C.    Plaintiffs disagree with County's objections and have threatened to file a motion seeking compliance with the Subpoena.

    D.    Some of the information that is covered by the Subpoena was published by the County on the Internet at or around the time of the incarcerations.

    E.    The parties have met and conferred and are willing to enter into a compromise under which the County will produce to Plaintiffs certain specific items of information covered by the Subpoena subject to certain protections, set forth in this stipulated protective order.

## STIPULATION

IT IS STIPULATED AND AGREED, by the County and Plaintiffs, through their undersigned counsel of record:

    1.    While reserving all objections, the County shall produce to Plaintiffs the following information (to the extent the County has it) for each detainee booked into the San Joaquin County Jail's jail core facility between 11:59 p.m. on July 8, 2009, and 8:08 a.m. on July 9, 2009: name, alias(es), booking number, date of birth, gender, weight, height, booking date and time, projected release date, arresting agency, type of arrest, charges, bail (the "Detainee Information").

    2.    Nothing contained in this stipulated protective order shall constitute a waiver of any objections Defendants may assert in response to Plaintiffs' request for Defendants to produce any other documents.

3. Plaintiffs and their counsel shall use the Detainee Information only for purposes of this lawsuit and any appeals.

4. Plaintiffs and their counsel shall maintain the confidentiality of the Detainee Information. Neither Plaintiffs nor their counsel shall provide a copy of the Detainee Information or any portion of it (whether in paper or electronic form) to anyone or disclose the contents of them to anyone.

5. Notwithstanding paragraph 4, above, Plaintiffs and their counsel may provide a copy of the Detainee Information to any expert witness they retain for purposes of testifying in this case or for purposes of providing expert consultation or advice to Plaintiffs or their counsel (collectively, "Expert Witness"). If Plaintiffs or their counsel provide a copy of the Detainee Information (or any portion of it) to an Expert Witness, they shall, at the same time, provide the Expert Witness with a copy of this stipulated protective order and advise the Expert Witness of the contents of it. Plaintiffs' counsel shall maintain, through the final conclusion of this lawsuit and any appeals, a written record of the date on which each Expert Witness was provided with a copy of this stipulated protective order.

6. Plaintiffs and their counsel shall maintain the Detainee Information in a folder or other container in a manner designed to preserve the confidential nature of the Detainee Information. The outside of such folder or container shall be conspicuously marked "CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER" and shall have a copy of this stipulated protective order affixed to the outside of it in a manner designed to provide reasonable notice that the folder or container contains confidential records.

7. If any of the Detainee Information is marked as an exhibit in a deposition in this case, counsel shall direct the court reporter to place the Detainee Information under seal. In addition, Plaintiffs' counsel shall provide a copy of this stipulated protective order to the court reporter.

8. If Plaintiffs wish to file any of the Detainee Information with the Court (*e.g.*, as an exhibit to a motion), they shall do so only after filing a proper motion with the Court seeking permission to file the document under seal in compliance with Local Rule 141.

9. At the conclusion of this lawsuit and any appeals, Plaintiffs and their counsel shall return to Defendants' counsel the Detainee Information and all copies (electronic or paper) of them.

Dated: December 21, 2011                THE SUNTAG LAW FIRM
                                        A Professional Corporation


                                        By:  /s/ Dana A. Suntag
                                             DANA A. SUNTAG
                                             Attorneys for All Defendants

Dated: December 21, 2011                WALKER, HAMILTON & KOENIG LLP


                                        By:  /s/ Peter Koenig
                                             PETER KOENIG
                                             Attorneys for All Plaintiffs

O R D E R

It is so ordered.
Dated: December 21, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\lum1807.stip.prot.ord.inmate.info.doc

STIPULATED PROTECTIVE ORDER
REGARDING DETAINEE INFORMATION                4