1  DANA A. SUNTAG (State Bar #125127)
   JOSHUA J. STEVENS (State Bar # 238105)
2  ZOEY P. MERRILL (State Bar #268331)
   THE SUNTAG LAW FIRM
3  A PROFESSIONAL CORPORATION
   The Kress Building
4  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
5  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
6
7  MATTHEW P. DACEY (State Bar #196943)
   OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
8  Deputy County Counsel
   44 North San Joaquin Street, Suite 679
9  Stockton, California  95202
   Telephone:  (209) 468-2980
10
   Attorneys for All Defendants
11
12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15  JERRY LUM, etc., et al.,                    )   **NO. 2:10-CV-01807-LKK-DAD**
                                                )
16            Plaintiffs,                       )   **STIPULATION AND ORDER**
                                                )   **EXTENDING DISCOVERY**
17      v.                                      )   **DEADLINE TO COMPLETE**
                                                )   **SPECIFIC DEPOSITIONS**
18  COUNTY OF SAN JOAQUIN, et al.,              )
                                                )   **[F.R.C.P. 16(b)(4)]**
19            Defendants.                       )
                                                )   **[No hearing required]**
20  _____ )

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
EXTENDING DISCOVERY DEADLINE TO                    1
COMPLETE SPECIFIC DEPOSITIONS

1    This stipulation and proposed order is entered into between Plaintiffs Jerry

2    Lum and Dorothea Timmons (collectively "Plaintiffs"), on the one hand, and Defendants

3    County of San Joaquin, City of Lathrop, Ray Walters, Steven Pease, Robert Davis, and

4    Felipe Mendoza (collectively "Defendants"), on the other hand.

5                                    RECITALS

6          A.    On October 31, 2012, the Court granted a prior stipulation entered

7    into between the parties extending the discovery cut-off date from December 31, 2012

8    to January 31, 2012.

9          B.    Plaintiffs have conducted nine depositions. Plaintiffs have noticed

10   the depositions of six of defendants' expert witnesses, all of which are scheduled to be

11   conducted between January 17 and January 27, 2012.

12         C.    Defendants have conducted eight depositions, including the

13   depositions of two of plaintiffs' four expert witnesses. In addition, Defendants have

14   noticed the depositions of another seven percipient witnesses scheduled to be

15   conducted by January 23, 2012.

16         D.    Plaintiffs timely disclosed Charles Saldanha, M.D. as their expert in

17   the area of psychology/psychiatry. Dr. Saldanha's deposition was initially scheduled to

18   be conducted on January 6, 2012.  On January 5, 2012, due to plaintiffs' counsel's

19   unexpected illness, the parties were forced to cancel Dr. Saldanha's deposition last

20   minute.  Due to the last-minute cancellation and Dr. Saldanha's limited availability for

21   the remainder of January, the parties are having great difficulties finding a mutually-

22   agreeable date, prior to the January 31, 2012 discovery cut-off, within which to depose

23   Dr. Saldanha.

24         E.    Plaintiffs timely disclosed M. Patricia Fisher as their handwriting

25   expert; however, due to a late-resolution of the parties' disagreements regarding

26   plaintiffs' access to certain original documents within the possession, custody and

27   control of the San Joaquin Sheriff's Department, Ms. Fisher was unable, until the

28

STIPULATION AND PROPOSED ORDER
EXTENDING DISCOVERY DEADLINE TO          2
COMPLETE SPECIFIC DEPOSITIONS

1  afternoon of December 30, 2011, to access documents necessary to formulating her

2  expert opinions in the case.  Since then, in light of the parties' already full deposition

3  schedule in January, and Ms. Fisher's limited availability, the parties are having

4  difficulties finding a mutually agreeable date, prior to the January 31, 2012 discovery

5  cut-off, within which to depose Ms. Fisher.

6          F.      Despite great effort, Defendants have had significant difficulty in

7  locating and serving a deposition subpoena on Andrew Lum. Andrew Lum is the brother

8  of decedent Jeremy Lum and was disclosed in plaintiffs' initial disclosures as having

9  information pertaining to events leading up to Jeremy Lum's arrest. Defendants wish to

10  depose Andrew Lum.

11          G.      The parties have agreed that, given the above delays, in light of

12  the diligent efforts made by both sides to complete discovery, the discovery cut-off date

13  for defendants to conduct the depositions of Charles Saldanha, M.D., M. Patricia Fisher,

14  and Andrew Lum should be extended to February 29, 2012, to give defendants the

15  necessary time to complete their discovery.

16          H.      This extension is only sought for purposes of completing these

17  three specific depositions. The parties are not requesting that any other deadline be

18  modified.

STIPULATION AND PROPOSED ORDER
EXTENDING DISCOVERY DEADLINE TO
COMPLETE SPECIFIC DEPOSITIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>STIPULATION</u>

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that the discovery cut-off be extended to February 29, 2012, only to allow defendants to conduct and complete the depositions of Charles Saldanha, M.D., M. Patricia Fisher, and Andrew Lum.

Dated: January 13, 2012          THE SUNTAG LAW FIRM
                                 A Professional Corporation


                                 By: __/s/ Dana A. Suntag_____
                                     DANA A. SUNTAG
                                     Attorneys for All Defendants

Dated: January 13, 2012          WALKER, HAMILTON & KOENIG LLP


                                 By: __/s/ Peter J. Koenig_____
                                     PETER J. KOENIG
                                     Attorneys for All Plaintiffs

<u>O R D E R</u>

The parties are free to stipulate among themselves concerning the timing of depositions.  However, the court will not enforce any such agreements.  The motion to extend the discovery deadline is DENIED.

It is so ordered.


Dated:   January 20, 2012.




LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER
EXTENDING DISCOVERY DEADLINE TO          4
COMPLETE SPECIFIC DEPOSITIONS