DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar # 238105)
ZOEY P. MERRILL (State Bar #268331)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:   (209) 943-0905

MATTHEW P. DACEY (State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>    Defendants. | **NO. 2:10-CV-01807-LKK-DAD**<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE TO COMPLETE SPECIFIC DEPOSITIONS**<br><br>**[F.R.C.P. 16(b)(4)]**<br><br>**[No hearing required]** |

This stipulation and proposed order is entered into between Plaintiffs Jerry Lum and Dorothea Timmons (collectively "Plaintiffs"), on the one hand, and Defendants County of San Joaquin, City of Lathrop, Ray Walters, Steven Pease, Robert Davis, and Felipe Mendoza (collectively "Defendants"), on the other hand.

## RECITALS

A. On October 31, 2012, the Court granted a prior stipulation entered into between the parties extending the discovery cut-off date from December 31, 2012 to January 31, 2012.

B. Plaintiffs have conducted nine depositions. Plaintiffs have noticed the depositions of six of defendants' expert witnesses, all of which are scheduled to be conducted between January 17 and January 27, 2012.

C. Defendants have conducted eight depositions, including the depositions of two of plaintiffs' four expert witnesses. In addition, Defendants have noticed the depositions of another seven percipient witnesses scheduled to be conducted by January 23, 2012.

D. Plaintiffs timely disclosed Charles Saldanha, M.D. as their expert in the area of psychology/psychiatry. Dr. Saldanha's deposition was initially scheduled to be conducted on January 6, 2012. On January 5, 2012, due to plaintiffs' counsel's unexpected illness, the parties were forced to cancel Dr. Saldanha's deposition last minute. Due to the last-minute cancellation and Dr. Saldanha's limited availability for the remainder of January, the parties are having great difficulties finding a mutually-agreeable date, prior to the January 31, 2012 discovery cut-off, within which to depose Dr. Saldanha.

E. Plaintiffs timely disclosed M. Patricia Fisher as their handwriting expert; however, due to a late-resolution of the parties' disagreements regarding plaintiffs' access to certain original documents within the possession, custody and control of the San Joaquin Sheriff's Department, Ms. Fisher was unable, until the

afternoon of December 30, 2011, to access documents necessary to formulating her expert opinions in the case.  Since then, in light of the parties' already full deposition schedule in January, and Ms. Fisher's limited availability, the parties are having difficulties finding a mutually agreeable date, prior to the January 31, 2012 discovery cut-off, within which to depose Ms. Fisher.

F. Despite great effort, Defendants have had significant difficulty in locating and serving a deposition subpoena on Andrew Lum. Andrew Lum is the brother of decedent Jeremy Lum and was disclosed in plaintiffs' initial disclosures as having information pertaining to events leading up to Jeremy Lum's arrest. Defendants wish to depose Andrew Lum.

G. The parties have agreed that, given the above delays, in light of the diligent efforts made by both sides to complete discovery, the discovery cut-off date for defendants to conduct the depositions of Charles Saldanha, M.D., M. Patricia Fisher, and Andrew Lum should be extended to February 29, 2012, to give defendants the necessary time to complete their discovery.

H. This extension is only sought for purposes of completing these three specific depositions. The parties are not requesting that any other deadline be modified.

1  STIPULATION

2  IT IS STIPULATED AND AGREED, by the parties, through their counsel

3  of record, that the discovery cut-off be extended to February 29, 2012, only to allow

4  defendants to conduct and complete the depositions of Charles Saldanha, M.D., M.

5  Patricia Fisher, and Andrew Lum.

6  Dated: January 13, 2012                    THE SUNTAG LAW FIRM
                                              A Professional Corporation
7

8                                             By:   /s/ Dana A. Suntag
                                                    DANA A. SUNTAG
9                                                   Attorneys for All Defendants

10 Dated: January 13, 2012                    WALKER, HAMILTON & KOENIG LLP

11

12                                            By:   /s/ Peter J. Koenig
                                                    PETER J. KOENIG
13                                                  Attorneys for All Plaintiffs

14  O R D E R

15  The parties are free to stipulate among themselves concerning the timing

16 of depositions. However, the court will not enforce any such agreements. The motion

17 to extend the discovery deadline is DENIED.

18  It is so ordered.

19 Dated:   January 20, 2012.

20

21

22  _____
    LAWRENCE K. KARLTON
23  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
24

25

26

27

28

STIPULATION AND PROPOSED ORDER
EXTENDING DISCOVERY DEADLINE TO          4
COMPLETE SPECIFIC DEPOSITIONS