DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar # 238105)
ZOEY P. MERRILL (State Bar #268331)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905

MATTHEW P. DACEY (State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone: (209) 468-2980

Attorneys for All Defendants/Appellants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al., | NO. 2:10-CV-01807-LKK- DAD |
| Plaintiffs, | USCA NO. 12-15979 |
| v. | **STIPULATION AND ORDER CORRECTING OMISSION AND MISSTATEMENT IN RECORD ON APPEAL** |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | [F.R.A.P. 10(e)(2)(A)] |
| | [No hearing required] |

This stipulation and proposed order is entered into between all Plaintiffs/Appellees and all Defendants/Appellants.

RECITALS

A. On January 30, 2012, Defendants/Appellants filed their motion for summary judgment. (Doc. No. 71.)

B. In their motion for summary judgment, Defendants/Appellants quoted, and included excerpts, from the deposition transcript of Plaintiffs/Appellees' law enforcement expert, Stephen L. D'Arcy. Portions of Mr. D'Arcy's deposition transcript were attached to the Declaration of Dana A. Suntag in Support of Defendants' Motion for Summary Judgment as Exhibit Q. (Doc. No. 85.)

C. On page 13, line 16, of Defendants/Appellants' summary judgment motion, Defendants/Appellants incorrectly cited the portion of Mr. D'Arcy's deposition transcript they were referring to, providing the citation "112:18-113:15, Ex. Q."

D. This was a clerical error; Defendants/Appellants meant instead to provide the citation "112:18-11**4**:15, Ex. Q" to Mr. D'Arcy's deposition transcript.

E. Defendants/Appellants quoted the relevant (but missing) portions of page 114 of Mr. D'Arcy's deposition transcript in their motion for summary judgment at page 13, lines 12-15, but inadvertently omitted page 114 from their Exhibit Q because of the incorrect citation.

F. By order issued on March 23, 2012, the Court granted in part and denied in part portions of Defendants/Appellants' summary judgment motion. (Doc. No. 107). On page 11, footnote 2, of the Court's order, the Court called this omission to the parties' attention.

G. On April 20, 2012, Defendants/Appellants filed a timely notice of interlocutory appeal of the portions of the Court's order denying their summary judgment motion.

STIPULATION AND PROPOSED ORDER
CORRECTING RECORD ON APPEAL

2

1        H.    Defendants/Appellants have attached to this stipulation as
2   **Exhibit Q-1** the correctly cited pages of Mr. D'Arcy's deposition transcript, including the
3   previously omitted page 114.
4        I.    For the above reasons, given the inadvertent clerical error causing
5   Defendants/Appellants to misstate their citation to Mr. D'Arcy's deposition transcript and
6   omit page 114 of his deposition transcript from Exhibit Q, the parties respectfully
7   request the Court to correct the record on appeal in this matter and incorporate
8   **Exhibit Q-1** into a supplemental record, and to certify and forward the supplemental
9   record to the Ninth Circuit Court of Appeals.

10                                    STIPULATION
11        IT IS STIPULATED AND AGREED, by the parties, through their counsel
12   of record, that the record on appeal be corrected and supplemented to include
13   **Exhibit Q-1**, attached.
14        IT IS FURTHER STIPULATED AND AGREED, by the parties, through
15   their counsel of record, that the Court certify this supplemental record incorporating
16   **Exhibit Q-1** and forward the supplemental record to the Ninth Circuit Court of Appeals.

17   Dated: May 1, 2012                    THE SUNTAG LAW FIRM
                                           A Professional Corporation
18
19                                         By:   /s/ Dana A. Suntag
                                                 DANA A. SUNTAG
20                                               Attorneys for All
                                                 Defendants/Appellants
21
22   Dated: May 1, 2012                    WALKER, HAMILTON & KOENIG LLP
23
                                           By:   /s/ Rana Ansari-Jaberi
24                                               RANA ANSARI-JABERI
                                                 Attorneys for All
25                                               Plaintiffs/Appellees
26
27
28

# O R D E R

It is so ordered.

The record on appeal shall be corrected and supplemented to incorporate **Exhibit Q-1, attached**. The supplemental record incorporating **Exhibit Q-1** is certified by this Court and shall be forwarded to the Ninth Circuit Court of Appeals.

Dated: May 31, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT