1 | DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar # 238105)
2 | ZOEY P. MERRILL (State Bar #268331)
THE SUNTAG LAW FIRM
3 | A PROFESSIONAL CORPORATION
The Kress Building
4 | 20 North Sutter Street, Fourth Floor
Stockton, California  95202
5 | Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
6

7 | MATTHEW P. DACEY (State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
8 | Deputy County Counsel
44 North San Joaquin Street, Suite 679
9 | Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for All Defendants/Appellants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>  Defendants. | **NO. 2:10-CV-01807-LKK- DAD**<br><br>**USCA NO. 12-15979**<br><br>**STIPULATION AND ORDER CORRECTING OMISSION AND MISSTATEMENT IN RECORD ON APPEAL**<br><br>**[F.R.A.P. 10(e)(2)(A)]**<br><br>**[No hearing required]** |

STIPULATION AND PROPOSED ORDER
CORRECTING RECORD ON APPEAL

1

1  This stipulation and proposed order is entered into between all
2  Plaintiffs/Appellees and all Defendants/Appellants.

3  <u>RECITALS</u>

4  A.  On January 30, 2012, Defendants/Appellants filed their motion for
5  summary judgment. (Doc. No. 71.)

6  B.  In their motion for summary judgment, Defendants/Appellants
7  quoted, and included excerpts, from the deposition transcript of Plaintiffs/Appellees' law
8  enforcement expert, Stephen L. D'Arcy. Portions of Mr. D'Arcy's deposition transcript
9  were attached to the Declaration of Dana A. Suntag in Support of Defendants' Motion
10 for Summary Judgment as Exhibit Q. (Doc. No. 85.)

11 C.  On page 13, line 16, of Defendants/Appellants' summary judgment
12 motion, Defendants/Appellants incorrectly cited the portion of Mr. D'Arcy's deposition
13 transcript they were referring to, providing the citation "112:18-113:15, <u>Ex. Q</u>."

14 D.  This was a clerical error; Defendants/Appellants meant instead to
15 provide the citation "112:18-11**4**:15, <u>Ex. Q</u>" to Mr. D'Arcy's deposition transcript.

16 E.  Defendants/Appellants quoted the relevant (but missing) portions of
17 page 114 of Mr. D'Arcy's deposition transcript in their motion for summary judgment at
18 page 13, lines 12-15, but inadvertently omitted page 114 from their Exhibit Q because of
19 the incorrect citation.

20 F.  By order issued on March 23, 2012, the Court granted in part and
21 denied in part portions of Defendants/Appellants' summary judgment motion.
22 (Doc. No. 107). On page 11, footnote 2, of the Court's order, the Court called this
23 omission to the parties' attention.

24 G.  On April 20, 2012, Defendants/Appellants filed a timely notice of
25 interlocutory appeal of the portions of the Court's order denying their summary judgment
26 motion.

27
28

1    H. Defendants/Appellants have attached to this stipulation as
2 **Exhibit Q-1** the correctly cited pages of Mr. D'Arcy's deposition transcript, including the
3 previously omitted page 114.
4    I. For the above reasons, given the inadvertent clerical error causing
5 Defendants/Appellants to misstate their citation to Mr. D'Arcy's deposition transcript and
6 omit page 114 of his deposition transcript from Exhibit Q, the parties respectfully
7 request the Court to correct the record on appeal in this matter and incorporate
8 **Exhibit Q-1** into a supplemental record, and to certify and forward the supplemental
9 record to the Ninth Circuit Court of Appeals.

## STIPULATION

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that the record on appeal be corrected and supplemented to include **Exhibit Q-1**, attached.

IT IS FURTHER STIPULATED AND AGREED, by the parties, through their counsel of record, that the Court certify this supplemental record incorporating **Exhibit Q-1** and forward the supplemental record to the Ninth Circuit Court of Appeals.

Dated: May 1, 2012      THE SUNTAG LAW FIRM
              A Professional Corporation

              By:  /s/ Dana A. Suntag
                DANA A. SUNTAG
                Attorneys for All
                Defendants/Appellants

Dated: May 1, 2012      WALKER, HAMILTON & KOENIG LLP

              By:  /s/ Rana Ansari-Jaberi
                RANA ANSARI-JABERI
                Attorneys for All
                Plaintiffs/Appellees

# O R D E R

It is so ordered.

The record on appeal shall be corrected and supplemented to incorporate **Exhibit Q-1, attached**. The supplemental record incorporating **Exhibit Q-1** is certified by this Court and shall be forwarded to the Ninth Circuit Court of Appeals.

Dated: May 31, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT