HERUM\CRABTREE\SUNTAG
A PROFESSIONAL CORPORATION
DANA A. SUNTAG (State Bar #125127)
RICARDO Z. ARANDA (State Bar #260438)
5757 Pacific Avenue, #222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
MATTHEW P. DACEY (State Bar #196943)
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, et al., <br><br> Defendants. | NO. 2:10-CV-01807-LKK-DAD <br><br> **CONSENT ORDER GRANTING SUBSITUTION OF ATTORNEY FOR CITY OF LATHROP** |

Pursuant to the Substitution of Attorney, filed May 15, 2014, by City of Lathrop, Herum\Crabtree\Suntag is ordered substituted in as counsel of record for City of Lathrop in place of The Suntag Law Firm.

Dated: May 22, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CONSENT ORDER GRANTING SUBSTUTION
FOR ATTORNEY FOR CITY OF LATHROP

1

HERUM\CRABTREE\SUNTAG
ATTORNEYS