HERUM\CRABTREE\SUNTAG
A PROFESSIONAL CORPORATION
DANA A. SUNTAG (State Bar #125127)
RICARDO Z. ARANDA (State Bar #260438)
5757 Pacific Avenue, #222
Stockton, California  95207
Telephone:  (209) 472-7700
Facsimile:   (209) 472-7986

OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
MATTHEW P. DACEY (State Bar #196943)
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JERRY LUM, etc., et al., | ) NO. 2:10-CV-01807-LKK-DAD |
|---|---|
| Plaintiffs, | ) **CONSENT ORDER GRANTING** |
| v. | ) **SUBSITUTION OF ATTORNEY** |
| COUNTY OF SAN JOAQUIN, et al., | ) **FOR DEPUTY ROBERT DAVIS** |
| Defendants. | ) |

Pursuant to the Substitution of Attorney, filed May 15, 2014, by Deputy Robert Davis, Herum\Crabtree\Suntag is ordered substituted in as counsel of record for Deputy Robert Davis in place of The Suntag Law Firm.

Dated:  May 22, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CONSENT ORDER GRANTING SUBSTUTION
FOR ATTORNEY FOR DEPUTY ROBERT DAVIS            1