```
HERUM\CRABTREE\SUNTAG
A PROFESSIONAL CORPORATION
DANA A. SUNTAG (State Bar #125127)
RICARDO Z. ARANDA (State Bar #260438)
5757 Pacific Avenue, #222
Stockton, California  95207
Telephone:  (209) 472-7700
Facsimile:   (209) 472-7986

OFFICE OF THE COUNTY COUNSEL
  OF SAN JOAQUIN
MATTHEW P. DACEY (State Bar #196943)
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone: (209) 468-2980

Attorneys for All Defendants
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, et al., <br><br> Defendants. | NO. 2:10-CV-01807-LKK-DAD <br><br> **CONSENT ORDER GRANTING SUBSITUTION OF ATTORNEY FOR SERGEANT STEVEN PEASE** |

Pursuant to the Substitution of Attorney, filed May 15, 2014, by Sergeant Steven Pease, Herum\Crabtree\Suntag is ordered substituted in as counsel of record for Sergeant Steven Pease in place of The Suntag Law Firm.

Dated:  May 22, 2014.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT