HERUM\CRABTREE\SUNTAG
A PROFESSIONAL CORPORATION
DANA A. SUNTAG (State Bar #125127)
RICARDO Z. ARANDA (State Bar #260438)
5757 Pacific Avenue, #222
Stockton, California  95207
Telephone:  (209) 472-7700
Facsimile:   (209) 472-7986

OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
MATTHEW P. DACEY (State Bar #196943)
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone: (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LUM, etc., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>　　　　Defendants. | NO. 2:10-CV-01807-LKK-DAD<br><br>**CONSENT ORDER GRANTING SUBSITUTION OF ATTORNEY FOR SERGEANT RAY WALTERS** |

Pursuant to the Substitution of Attorney, filed May 15, 2014, by Sergeant Ray Walters, Herum\Crabtree\Suntag is ordered substituted in as counsel of record for Sergeant Ray Walters in place of The Suntag Law Firm.

Dated:   May 22, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT