1  DANA A. SUNTAG, State Bar Number: 125127
   HERUM\CRABTREE\SUNTAG
2  *A California Professional Corporation*
   5757 Pacific Avenue, Suite 222
3  Stockton, California 95207
   Telephone: (209) 472-7700
4  Facsimile:   (209) 472-7986
   Dsuntag@herumcrabtree.com
5
   MATTHEW P. DACEY (State Bar #196943)
6  OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
   Deputy County Counsel
7  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
8  Telephone:  (209) 468-2980

9  Attorneys for All Defendants

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13 | JERRY LUM, etc., et al.,            ) **Case No.: 2:10-cv-01807-MCE-DAD**
14 |                                     ) **STIPULATION AND ORDER FOR**
   |        Plaintiffs,                  ) **DISMISSAL OF DEFENDANT CITY OF**
15 |   v.                                ) **LATHROP**
   |                                     )
16 | COUNTY OF SAN JOAQUIN, et al.,      ) **[No hearing required]**
   |                                     )
17 |        Defendants.                  )
   |                                     )

1    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure:

2    IT IS STIPULATED AND AGREED by and between all Plaintiffs and all
3    Defendants that Defendant City of Lathrop (the "City") is dismissed from this case with
4    prejudice. Each Plaintiff and the City shall bear its respective fees and costs.

5    Dated: September 11, 2015            HERUM\CRABTREE\SUNTAG
                                          *A California Professional Corporation*
6

7
                                          By:    /s/ Dana A. Suntag
8                                                DANA A. SUNTAG
                                                 Attorneys for All Defendants
9
     Dated: September 11, 2015            WALKER, HAMILTON & KOENIG
10

11                                        By:    /s/ Peter J. Koenig
                                                 PETER J. KOENIG
12                                               Attorneys for All Plaintiffs

13

14

15                                   O R D E R

16    IT IS SO ORDERED. The City of Lathrop (the "City") is dismissed with
17   prejudice. Each Plaintiff and the City shall bear its respective fees and costs.  The case
18   remains open against the other named Defendants.

19   Dated:  September 18, 2015

20

21
                                    _____
22
                                    MORRISON C. ENGLAND, JR, CHIEF JUDGE
23                                  UNITED STATES DISTRICT COURT

24

25

26

27

28



2

STIPULATION AND ORDER FOR
DISMISSAL OF CITY OF LATHROP