1 | DANA A. SUNTAG, State Bar Number: 125127
HERUM\CRABTREE\SUNTAG
2 | *A California Professional Corporation*
5757 Pacific Avenue, Suite 222
3 | Stockton, California 95207
Telephone: (209) 472-7700
4 | Facsimile:   (209) 472-7986
Dsuntag@herumcrabtree.com

MATTHEW P. DACEY (State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JERRY LUM, etc., et al.,            | ) Case No.: 2:10-cv-01807-MCE-EFB |
|                                     | ) **STIPULATION AND ORDER FOR**   |
|         Plaintiffs,                 | ) **DISMISSAL OF CASE WITH**      |
|     v.                              | ) **PREJUDICE**                   |
| COUNTY OF SAN JOAQUIN, et al.,      | )                                 |
|         Defendants.                 | )                                 |



IT IS STIPULATED AND AGREED, by all the remaining parties to this case, through their undersigned counsel of record, that this entire action be dismissed with prejudice, each party to bear its own fees and costs, including without limitation attorneys' fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: February 2, 2016        HERUM\CRABTREE\SUNTAG
                               *A California Professional Corporation*

                               By: ____/s/ Dana A. Suntag_____
                                   DANA A. SUNTAG
                                   Attorneys for All Defendants

Dated: February 2, 2016        WALKER, HAMILTON & KOENIG

                               By: __/s/ Peter J. Koenig_____
                                   PETER J. KOENIG
                                   Attorneys for All Plaintiffs

O R D E R

In accordance with the parties' stipulation, and good cause appearing, the above-entitled matter is hereby dismissed, with prejudice, each side to bear its own attorney's fees and costs.  The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

